No. 1847. PEOPLE, APPELLEE, *v.* MELÉNDEZ, APPELLANT.— Second District Court of San Juan. Violation of section 162 of the Penal Code. Decided January 27, 1922. The record discloses no fundamental error. *Affirmed.*

No. 1855. PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT. — District Court of Guayama. Aggravated assault and battery. Decided January 27, 1922. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*

Nos. 1853 AND 1854. PEOPLE, APPELLEE, *v.* LAGUER, APPELLANT.—First District Court of San Juan. Burglary. Decided January 27, 1922. No fundamental error appears to have been assigned or committed. *Affirmed.*

No. 1842. EX PARTE PEÑA, APPELLANT, *v.* PEOPLE, APPELLEE.—District Court of Humacao. Habeas corpus. Decided January 27, 1922. The appeal was held to be frivolous. *Dismissed.*

No. 1851. PEOPLE, APPELLEE, *v.* ORTIZ, APPELLANT.—District Court of Aguadilla. Assault and battery. Decided January 27, 1922. The record discloses no fundamental error. *Affirmed.*

No. 2586. J. OCHOA & BRO., APPELLANTS, *v.* J. GONZÁLEZ CLEMENTE & Co., APPELLEES.—District Court of Mayagüez. Motion by appellees for dismissal. Decided January 30, 1922. Upon examination of the record and of the appellant's brief, the only one filed, the appeal was held to be frivolous. *Dismissed.*

No. 1856. PEOPLE, APPELLEE, *v.* STUART, APPELLANT.— First District Court of San Juan. Aggravated assault and battery. Decided January 30, 1922. There was no bill of exceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*